IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY REUBEN CARRASCO,

      Petitioner,                      No. CIV S-04-1313 FCD GGH P

      vs.

STUART RYAN, Warden, et al.,

      Respondents.              <u>ORDER</u>

/

        Petitioner, a state prisoner proceeding with appointed counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 6, 2007, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner was granted a liberal extension of time to file objections and has done so.[1]

        The court has reviewed the file and finds the findings and recommendations to be

---

[1] See Order, filed on January 8, 2008.

1

supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed December 6, 2007, are adopted in full; and

    2. The petition is denied.

DATED: March 11, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE